UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Criminal No. 11-352 |
| RAFAEL LOPEZ, a/k/a "Tito," <br> LUIS ABREU, a/k/a "Luisito," <br> JAISON MARTINEZ, a/k/a "Jai," <br> and FRANKLIN RAUL SALAZAR- <br> MARTINEZ, a/k/a "Raul," | : | O R D E R |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Brian L. Urbano, Assistant U.S. Attorney, appearing), and defendants Rafael Lopez (Anthony Mack, Esq., appearing), Luis Abreu (Robert DeGroot, Esq., appearing), Jaison Martinez (John McGovern, Esq., appearing) and Franklin Raul Salazar-Martinez (Abel Arcia, Esq., appearing) and good cause having been shown, the Court makes the following findings:

1. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

2. The evidence in this case consists in part of over several compact discs of recorded conversations, a majority of which are in Spanish and require translation. The defense and the government will require sufficient time to review all of the conversations and attempt to stipulate to translations for the

same. Failure to grant a continuance would deny counsel for defendant and the government reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence; and

    3. The ends of justice served by a continuance of the trial date in this matter until November 14, 2011, outweigh the interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this 6th day of ~~June~~ July, 2011,

ORDERED that the trial date in this matter is continued until November 14, 2011, and that the period of time from June 14, 2011 through November 14, 2011, shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

    1. Defendants shall file pretrial motions on or before November 14, 2011;

    2. The government shall respond to such motions on or before November 28, 2011;

    3. The return date for pretrial motions shall be December 5, 2011, at 9:30 a.m.; and

    4. Trial shall commence on December 12, 2011, at 9:30 a.m. This matter is scheduled for trial behind another complex case before this Court. If trial in the other matter does not proceed on the scheduled 12/6/2011 date, this matter will proceed on 12/12/2011. In the event that the other matter proceeds to trial on 12/6/2011, all counsel are on notice that this matter shall proceed to trial on January 16, 2012 at 9:30AM, as outlined in the 6/24/2011 e-mail from the Court, to which the Court received no objection. SO ORDERED.

_____
HON. FAITH S. HOCHBERG
United States District Judge

I hereby consent to the form
and entry of this Order

*[signature]*

~~FRANK ARLEO~~, ESQ.
ATTORNEY FOR DEFENDANT LOPEZ
ANTHONY MACK

_____
ROBERT DEGROOT, ESQ.
ATTORNEY FOR DEFENDANT ABREU

_____
JOHN MCGOVERN, ESQ.
ATTORNEY FOR DEFENDANT MARTINEZ

_____
ABEL ARCIA, ESQ.
ATTORNEY FOR DEFENDANT SALAZAR-
MARTINEZ

*[signature]*

BRIAN L. URBANO
ASSISTANT UNITED STATES ATTORNEY

I hereby consent to the form
and entry of this Order

_____
FRANK ARLEO, ESQ.
ATTORNEY FOR DEFENDANT LOPEZ

_____
ROBERT DEGROOT, ESQ.
ATTORNEY FOR DEFENDANT ABREU

_____
JOHN MCGOVERN, ESQ.
ATTORNEY FOR DEFENDANT MARTINEZ

_____
ABEL ARCIA, ESQ.
ATTORNEY FOR DEFENDANT SALAZAR-MARTINEZ

_____
BRIAN L. URBANO
ASSISTANT UNITED STATES ATTORNEY

I hereby consent to the form
and entry of this Order

_____
FRANK ARLEO, ESQ.
ATTORNEY FOR DEFENDANT LOPEZ


_____
ROBERT DEGROOT, ESQ.
ATTORNEY FOR DEFENDANT ABREU

_____
JOHN MCGOVERN, ESQ.
ATTORNEY FOR DEFENDANT MARTINEZ


_____
ABEL ARCIA, ESQ.
ATTORNEY FOR DEFENDANT SALAZAR-
MARTINEZ

_____
BRIAN L. URBANO
ASSISTANT UNITED STATES ATTORNEY

I hereby consent to the form
and entry of this Order


_____
FRANK ARLEO, ESQ.
ATTORNEY FOR DEFENDANT LOPEZ


_____
ROBERT DEGROOT, ESQ.
ATTORNEY FOR DEFENDANT ABREU


_____
JOHN MCGOVERN, ESQ.
ATTORNEY FOR DEFENDANT MARTINEZ

_____
ABEL AROPA, ESQ.
ATTORNEY FOR DEFENDANT SALAZAR-
MARTINEZ

_____
BRIAN L. URBANO
ASSISTANT UNITED STATES ATTORNEY